# In the United States District Court for the Southern District of Georgia Savannah Division

```
KEVIN MAURICE MITCHELL,

    Plaintiff,

    v.                                    CV 425-017

AMAZON T and AMAZON,

    Defendants.
```

### ORDER

By Order dated June 4, 2025, the Court ordered Plaintiff "to show good cause why he has not effected service on Defendants." Dkt. No. 6 (citing Fed. R. Civ. P. 4(m); 12(b)(5)). Plaintiff responded by writing a letter to the Court describing his attempt to serve Defendants. Dkt. No. 7. It appears Plaintiff had the Chatham County Sheriff's Office serve Defendant Amazon's Senior Human Resources Manager in Savannah, Georgia, with a copy of the EEOC's "Determination and Notice of Rights" letter to Plaintiff dated December 5, 2024, id. at 5, and a copy of the Court's Rule 26 Instruction Order, id. at 6-12. Plaintiff states that Defendants also received these documents via email and certified mail. Id. at 1. In the event his attempt at service is insufficient, Plaintiff requests a thirty-day extension of time within which to serve Defendant. Id.

Plaintiff's attempt at serving Defendants with process is insufficient. First, Plaintiff failed to serve Defendants with a summons and a copy of the complaint, as required by Federal Rule of Civil Procedure 4(c)(1). Further, it is unclear whether the Senior Human Resources Manager upon whom service was attempted qualifies as "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process," as required by Federal Rule of Civil Procedure 4(h)(1)(B). Nevertheless, the Court **GRANTS** Plaintiff's request for an extension of time within which to serve Defendants. Plaintiff is **ORDERED** to effect service upon Defendants in accordance with the Federal Rules of Civil Procedure *and* file proof of service on the record on or before July 24, 2025. Plaintiff's failure to do so will result in dismissal of his complaint without prejudice.

**SO ORDERED**, this 26 day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA